UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

In re:

Daniel William McCarthy
Christina Nichole McCarthy

         Debtor(s).

Case No. 22-51462-amk

Chapter 13

Judge John P Gustafson

LENDMARK FINANCIAL SERCIVES, LLC
RELIEF FROM CO-MAKER STAY
WORKSHEET

1. LOAN DATA

   A. IDENTIFICATION OF COLLATERAL. (check all that apply):

   ☐ Real Estate
       ☐ Principal Residence of Debtor(s)
       ☐ Other

   ☐ Personal Property
   ☐ Debtor's Chapter 13 Plan provides for surrender of the Collateral
   ☐ Other Property

   B. CURRENT VALUE OF COLLATERAL: $NA

   C. SOURCE OF COLLATERAL VALUATION: NA

   D. ORIGINAL LENDER: Lendmark Financial Services, LLC

   E. ENTITY ENTITLED TO ENFORCE THE NOTE: Lendmark Financial Services, LLC

   F. CURRENT LOAN SERVICER: Lendmark Financial Services, LLC

   G. DATE OF LOAN: November 7, 2023

   H. ORIGINAL PRINCIPAL AMOUNT DUE UNDER NOTE: $4,883.38

   I. ORIGINAL INTEREST RATE ON NOTE: 24.99%

   J. CURRENT INTEREST RATE: 24.99%

   K. ORIGINAL MONTHLY PAYMENT AMOUNT $194.13
   (principal and interest only for mortgage loans:

   L. CURRENT MONTHLY PAYMENT AMOUNT: $194.13

EXHIBIT B

M. THE CURRENT MONTHLY PAYMENT AMOUNT LISTED ABOVE:

- ☐ Includes an escrow amount of $_____ for real estate taxes.
- ☐ Includes an escrow amount of $_____ for property insurance.
- ☐ Includes an escrow amount of $_____ for _____
- ■ Does not include any escrow amount.

N. DATE LAST PAYMENT RECEIVED: February 7, 2023

O. AMOUNT OF LAST PAYMENT RECEIVED: $194.13

P. AMOUNT HELD IN SUSPENSE ACCOUNT: $0.00

Q. NUMBER OF PAYMENTS PAST DUE: 3

II. AMOUNT ALLEGED TO BE DUE AS OF THE DATE THE MOTION IS FILED

|    | Description of Charge | Total Amount of Charges | Number of Charges Incurred | Dates Charges Incurred |
|----|---|---|---|---|
| A. | PRINCIPAL | $4,737.23 | | |
| B. | INTEREST | $ | | |
| C. | TAXES | $ | | |
| D. | INSURANCE | $ | | |
| E. | LATE FEES | $ | | |
| F. | NON-SUFFICIENT FUNDS FEES | $ | | |
| G. | PAY-BY-PHONE FEES | $ | | |
| H. | BROKER PRICE OPINIONS | $ | | |
| I. | FORCE-PLACED INSURANCE | $ | | |
| J. | PROPERTY INSPECTIONS | $ | | |
| K. | OTHER CHARGES (describe in detail and state contractual basis for recovering the amount from the debtor) | $ | | |

TOTAL OF DEBT AS OF DATE MOTION IS FILED: $4,737.23 *
*This total cannot be relied upon as a payoff quotation.

III. AMOUNT OF ORIGINAL PRE-PETITION ARREARAGES $388.26

IV. AMOUNT OF ALLEGED POST-PETITION DEFAULT $194.13

|   | Description of Charge | Amount | Number | Date Incurred | Total |
|---|---|---|---|---|---|
| A. | PAYMENTS | $194.13 | 3 | 3/7/2023<br>4/7/2023<br>5/7/2023 | $582.39 |
| B. | POST-PETITION PAYMENTS ADVANCED FOR TAXES (if not included in payment amount above) | $ | | | |
| C. | POST-PETITION PAYMENTS ADVANCED FOR INSURANCE (if not included in payment amount above) | $ | | | |
| D. | LATE FEES | $ | | | |
| E. | NON-SUFFICIENT FUNDS FEES | $ | | | |
| F. | PAY-BY-PHONE FEES | $ | | | |
| G. | BROKER PRICE OPINIONS | $ | | | |
| H. | FORCE-PLACED INSURANCE | $ | | | |
| I. | PROPERTY INSPECTIONS | $ | | | |
| J. | OTHER CHARGES (describe in detail and state the contractual basis for recovering the amount from the debtor) | $ | | | |
|   |   |   |   |   |   |

TOTAL ACCRUED: $582.39

LESS SUSPENSE BALANCE: $0.00

TOTAL POST-PETITION DEBT: $194.13

V. THE TRUSTEE LEDGER SHOWING POST-PETITION DISBURSEMENTS ON THIS DEBT OR A POST-PETITION PAYMENT SUMMARY SHOWING THE PAYMENTS MADE BY THE DEBTOR ON THIS DEBT IS ATTACHED TO THIS WORKSHEET AS EXHIBIT "1".

This Worksheet was prepared by:

**/s/Stephen D. Miles**
STEPHEN D. MILES #0003716
Attorney for Movant
18 West Monument Avenue
Dayton, Ohio 45402
(937) 461-1900/461-0444 fax
sdm@mileslaw.com

# My Claims

 NATIONAL DATA CENTER

Case **2360412**   Debtor1 **DANIEL MCCARTHY**   Debtor2 **CHRISTINA MCCARTHY**   Trustee **SCHINKER-KUHARICH, DYNELE L. (CANTON, OH)**

**Lendmark Financial Services, LLC. - GENERAL UNSECURED**

**$0.00**

### CLAIM INFORMATION

| | | | |
|---|---|---|---|
| Claim Number | 002 | Claim Amount | $4753.23 |
| Class Type Description | UNSECURED | Monthly Payment | $0.00 |
| Account Number | 3142 | Principal Paid | $0.00 |
| Creditor Name | Lendmark Financial Services, LLC. | Principal Owed | $0.00 |
| Mailing Address | Claim 2118 Usher Street NW & Covington, GA 30014 | Interest Paid | $0.00 |
| | | Interest Due Amount | $0.00 |

### PAYMENT HISTORY

No Payments Found



EXHIBIT