Northern District Of Ohio
United States Bankruptcy Court
Ralph Regula U.S. Courthouse
401 McKinley Avenue SW
Canton, OH 44702

**Case No. 23−60412−jpg**

**In re:**

Daniel William McCarthy
645 Shelby− Ontario Road
Mansfield, OH 44906

Christina Nichole McCarthy
645 Shelby− Ontario Road
Mansfield, OH 44906

**Social Security No.:**

xxx−xx−5352

xxx−xx−2096

## NOTICE OF PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY

Lendmark Financial Services, LLC filed papers with the Court requesting relief from stay & co−debtor stay as to Terry Edminster. The preliminary hearing will not be held absent a response being filed with the court.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court to grant the motion requested, or if you want the Court to consider your views on the Motion, then on or before June 14, 2023 you or your attorney must:

**File with the court a written response at:**
United States Bankruptcy Court
Ralph Regula U.S. Courthouse
401 McKinley Avenue SW
Canton, OH 44702

If you mail your request/response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

**You must also mail a copy to:**

**Trustee**
Dynele L Schinker−Kuharich
Office of the Chapter 13 Trustee
200 Market Avenue North, Ste. LL30
Canton, OH 44702

**Debtor's Attorney**
Jonathon Carl Elgin
JC Elgin Co., LPA
6 Water St.
Shelby, OH 44875

**Movant's Attorney**
Stephen D. Miles
18 W. Monument Avenue
Dayton, OH 45402

**And attend the hearing scheduled for:**
Wednesday, June 28, 2023 at 2:00 p.m.
U.S. Bankruptcy Court Courtroom
401 McKinley Ave. SW, Canton, OH 44702

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief.

**Dated:** May 31, 2023
Form ohnb233

For the Court
Josiah C. Sell, Clerk