United States Bankruptcy Court
Northern District of Ohio

In re:                                                         Case No. 23-60412-jpg
Daniel William McCarthy                             Chapter 13
Christina Nichole McCarthy
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0647-6                      User: mshai                                             Page 1 of 2
Date Rcvd: May 31, 2023               Form ID: 233                                  Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 02, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/db | + | Daniel William McCarthy, Christina Nichole McCarthy, 645 Shelby- Ontario Road, Mansfield, OH 44906-1033 |
| | + | Terry Edminster, 645 Shelby Ontario Road, Ontario, OH 44906-1033 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cl | Email/Text: ktramble@lendmarkfinancial.com | May 31 2023 21:15:00 | Lendmark Financial Services, LLC, 2118 Usher Street NW, Covington, Ga 30014 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Credit Acceptance Corporation |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 02, 2023                             Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 31, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Cynthia A. Jeffrey | on behalf of Creditor Credit Acceptance Corporation bankruptcy@weinerlaw.com |
| Dynele L Schinker-Kuharich | |

DLSK@Chapter13Canton.com dschinkerkuharich@ecf.epiqsystems.com

Jonathon Carl Elgin
    on behalf of Debtor Christina Nichole McCarthy jc@jcelgin.com bankruptcy@jcelgin.com,9150504420@filings.docketbird.com

Jonathon Carl Elgin
    on behalf of Debtor Daniel William McCarthy jc@jcelgin.com bankruptcy@jcelgin.com,9150504420@filings.docketbird.com

Stephen D. Miles
    on behalf of Claimant Lendmark Financial Services LLC sdm@mileslaw.com, ecfcourt@mileslaw.com;bmyers@mileslaw.com

TOTAL: 5

Northern District Of Ohio
United States Bankruptcy Court
Ralph Regula U.S. Courthouse
401 McKinley Avenue SW
Canton, OH 44702

Case No. 23−60412−jpg

**In re:**

Daniel William McCarthy
645 Shelby− Ontario Road
Mansfield, OH 44906

Christina Nichole McCarthy
645 Shelby− Ontario Road
Mansfield, OH 44906

**Social Security No.:**

xxx−xx−5352

xxx−xx−2096

**NOTICE OF PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY**

Lendmark Financial Services, LLC filed papers with the Court requesting relief from stay & co−debtor stay as to Terry Edminster. The preliminary hearing will not be held absent a response being filed with the court.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court to grant the motion requested, or if you want the Court to consider your views on the Motion, then on or before June 14, 2023 you or your attorney must:

**File with the court a written response at:**
United States Bankruptcy Court
Ralph Regula U.S. Courthouse
401 McKinley Avenue SW
Canton, OH 44702

If you mail your request/response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

**You must also mail a copy to:**

**Trustee**
Dynele L Schinker−Kuharich
Office of the Chapter 13 Trustee
200 Market Avenue North, Ste. LL30
Canton, OH 44702

**Debtor's Attorney**
Jonathon Carl Elgin
JC Elgin Co., LPA
6 Water St.
Shelby, OH 44875

**Movant's Attorney**
Stephen D. Miles
18 W. Monument Avenue
Dayton, OH 45402

**And attend the hearing scheduled for:**
Wednesday, June 28, 2023 at 2:00 p.m.
U.S. Bankruptcy Court Courtroom
401 McKinley Ave. SW, Canton, OH 44702

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief.

**Dated:** May 31, 2023
Form ohnb233

For the Court
Josiah C. Sell, Clerk