IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In Re: | : | Chapter 13 Proceeding |
| **Daniel William McCarthy and** | : | Case No. 23-60412 |
| **Christina Nichole McCarthy,** | : | Judge John P. Gustafson |
| Debtor(s). | : | |

**MOTION TO CONTINUE CONFIRMATION HEARING &
HEARING ON OBJECTION TO CONFIRMATION**

Now come Debtors Daniel William McCarthy and Christina Nichole McCarthy, by and through the undersigned counsel, and respectfully move the Court for an Order continuing the confirmation hearing currently scheduled for June 14, 2023 at 2:00 PM to July 19, 2023 at 2:00 PM. Debtors assert there is good cause for the request because Debtors have prepared an Amended Ch. 13 Plan which is anticipated to resolve the pending objection and address concerns of Trustee. Time for service and notice to creditors and parties of the amended plan is needed. The Standing 13 Trustee's Office and Counsel for Credit Acceptance have agreed.

Wherefore, in view of the foregoing, Debtors pray for an Order granting said Motion.

Respectfully Submitted,

/s/Jonathon C. Elgin
Jonathon C. Elgin (0096390)
JC Elgin Co., LPA
6 Water St.
Shelby, OH 44875
567-275-1040
JC@JCElgin.com
Counsel for Debtors

# CERTIFICATE OF SERVICE

I certify that on June 7, 2023, a true and correct copy of the Motion for Continuance of the Confirmation Hearing, was served via the Court's Electronic Case Filing System upon these entities and individuals who are listed on the Court's Electronic Mail Notice List:

- Office of the United States Trustee at [RegisteredEmailAddress]@usdoj.gov
- Dynele L. Schinker-Kuharich, Standing Ch. 13 Trustee at DLSK@Chapter13Canton.com via the court's Electronic Case Filing System
- Cynthia A. Jeffrey, Keith D. Weiner & Associates Co LPA for Credit Acceptance at bankruptcy@weinerlaw.com

and by regular U.S. Mail, postage prepaid, upon:

Daniel William McCarthy
645 Shelby Ontario Road
Ontario, OH 44906

Christina Nichole McCarthy
645 Shelby Ontario Road
Ontario, OH 44906

SEE ATTACHED CREDITOR MATRIX

/s/Jonathon C. Elgin
Jonathon C. Elgin (0096390)
Counsel for Debtors

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0647-6<br>Case 23-60242-jpg<br>Northern District of Ohio<br>Canton<br>Mon May  8 12:49:19 EDT 2023 | Canton<br>Canton<br>Frank T Bow Federal Building<br>201 Cleveland Avenue SW<br>Canton, OH 44702-1912 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| United States Bankruptcy Court<br>Ralph Regula U.S. Courthouse<br>401 McKinley Avenue SW<br>Canton, OH 44702-1745 | CF Medical, LLC<br>c/o CT Corp System<br>4400 Easton Commons Waye STE 125<br>Columbus, OH 43219-6223 | CMC<br>Foster Plaza Bldg 7<br>661 Andersen Dr.<br>Pittsburgh, PA 15220-2700 |
| Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Comenity Bank/Catherines<br>Attn: Bankruptcy<br>Po Box 182125<br>Columbus, OH 43218-2125 |
| Comenity Bank/Maurices<br>Attn: Bankruptcy<br>Po Box 182125<br>Columbus, OH 43218-2125 | Comenity Bank/Roaman's<br>Attn: Bankruptcy<br>Po Box 182125<br>Columbus, OH 43218-2125 | Comenity Bank/Torrid<br>Attn: Bankruptcy<br>Po Box 182125<br>Columbus, OH 43218-2125 |
| Comenitybank/Onetop<br>Attn: Bankruptcy<br>Po Box 182125<br>Columbus, OH 43218-2125 | Country Door/Swiss Colony<br>Attn:Bankruptcy<br>1112 Seventh Ave<br>Monroe, WI 53566-1364 | DRS<br>Attn: Bankruptcy<br>157 S Main St<br>Mansfield, OH 44902-7955 |
| Daniel A. Cox<br>Wood & Lamping, LLP<br>600 Vine St., Suite 2500<br>Cincinnati, OH 45202-2491 | Debt Recovery Solutions of Ohio<br>PO Box 1307<br>Mansfield, OH 44901-1307 | Homepoint<br>PO Box 1000077<br>Duluth, GA 30096 |
| Kidney Associates, Inc.<br>661 S Trimble Rd<br>Mansfield, OH 44906-3437 | Kohls/Capital One<br>Attn: Credit Administrator<br>Po Box 3043<br>Milwaukee, WI 53201-3043 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| (p)MEADE & ASSOCIATES  INC<br>ATTN BANKRUPCTY DEPARTMENT<br>737 ENTERPRISE DRIVE<br>LEWIS CENTER OH 43035-9438 | Mid-State Physicians, LLP<br>335 Glessner Ave<br>Mansfield, OH 44903-2269 | Mitchell D Blumn & Asc, LLC<br>1313 N Travis St, Suite 103<br>Sherman, TX 75092-5165 |
| Ohio Department of Taxation<br>Bankruptcy Division<br>P.O. Box 530<br>Columbus, Ohio 43216-0530 | Ohio Health Physician's Group<br>335 Glessner Ave.<br>Mansfield, OH 44903-2269 | Quantum3 Group LLC as agent for<br>CF Medical LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 |
| Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 | Richland Co. Clerk of Court<br>50 Park Ave E<br>Mansfield, OH 44902-1888 | Santander Consumer USA<br>Attn: Bankruptcy<br>Po Box 961245<br>Fort Worth, TX 76161-0244 |

| | | |
|---|---|---|
| Santander Consumer USA Inc.<br>P.O. Box 560284<br>Dallas, TX 75356-0284 | State of Ohio<br>30 E Broad St.<br>Columbus, OH 43215-3414 | Synchrony Bank/QVC<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| Synchrony Bank/Sams<br>Attn: Bnakruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | The Huntington National Bank<br>PO Box 89424<br>Cleveland, OH 44101-6424 | Zoll Services, LLC<br>121 Gamma Dr<br>Pittsburgh, PA 15238-2919 |
| Dynele L Schinker-Kuharich<br>Office of the Chapter 13 Trustee<br>200 Market Avenue North, Ste. LL30<br>Canton, OH 44702-1434 | Jonathon Carl Elgin<br>JC Elgin Co., LPA<br>6 Water St.<br>Shelby, OH 44875-1223 | Ray Gushard<br>969 Neil Cir N<br>Mansfield, OH 44903-7699 |
| Rona J. Gushard<br>969 Neil Cir N<br>Mansfield, OH 44903-7699 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Meade & Associates, Inc.
737 Enterprise Dr.
Lewis Center, OH 43035-9436

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Home Point Financial Corporation | (d)PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | End of Label Matrix<br>Mailable recipients   39<br>Bypassed recipients    2<br>Total   41 |