**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.**



_John P. Gustafson_
United States Bankruptcy Judge

**Dated:  June 15 2023**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **In Re:** | **:** | **Chapter 13 Proceeding** |
| **Daniel William McCarthy and** | **:** | **Case No. 23-60412** |
| **Christina Nichole McCarthy,** | **:** | **Judge John Gustafson** |
| **Debtors.** | | |

### ORDER DENYING DISCHARGE

This matter came on for consideration upon the Motion to Deny Discharge under 11 U.S.C. § 1328 (f)(1).

Upon due consideration and for good cause shown, it is hereby ORDERED, that the Trustee's Motion to Deny Discharge under 11 U.S.C. § 1328 (f)(1) is granted.

###

## SERVICE LIST:

- Office of the United States Trustee at [RegisteredEmailAddress]@usdoj.gov
- Jonathon Carl Elgin , Counsel for Daniel William McCarthy, via the Court's Electronic Case Filing System at jc@jcelgin.com
- Office of the Chapter 13 Trustee, via the Court's Electronic Case Filing System at dlsk@Chapter13Canton.com

and by regular U.S. Mail, postage prepaid, upon:

Daniel William McCarthy, Debtor
645 Shelby-Ontario Road
Mansfield, OH 44906

Christina Nichole McCarthy, Debtor
645 Shelby-Ontario Road
Mansfield, OH 44906

/s/ Dynele L. Schinker-Kuharich
Dynele L. Schinker-Kuharich
Chapter 13 Trustee