The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.



John P. Gustafson
United States Bankruptcy Judge

Dated: November 15 2023

# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: | : |
| | : CASE NO. 23-60412 |
| Daniel William McCarthy, | : |
| Christina Nichole McCarthy, | : CHAPTER 13 PROCEEDING |
| | : |
| Debtors. | : JUDGE JOHN P. GUSTAFSON |
| | : |

## AGREED ORDER MODIFYING CHAPTER 13 PLAN

This Cause came before the Court upon the Motion of Debtors to Modify the Chapter 13 Plan (ECF #52). The Court finds that the Motion is properly before the Court, and that no objections have been filed opposing the modification, and that cause exists for the modification.

The Chapter 13 Plan filed herein is, therefore, modified as follows:

- The required November 2023 and December 2023 payments shall be $0.00.
- The payroll deduction as previously ordered shall resume in January 2024.

The Trustee may increase the plan term for feasibility purposes. All other provisions of the Plan shall remain unchanged.

**SO ORDERED.**

<div style="display: flex;">

*Prepared and approved by:*

/s/Jonathon C. Elgin
Jonathon C. Elgin (0096390)
JC Elgin Co., LPA
6 Water St.
Shelby, Ohio 44875
567-275-1040
567-275-8001 (Fax)
JC@JCElgin.com
*Attorney for Debtors*

*Approved by:*

/s/A. Michelle Jackson Limas
A. Michelle Jackson Limas (0074750)
Staff Counsel to the Chapter 13 Trustee
Dynele L. Schinker-Kuharich (0069389)
Chapter 13 Trustee
200 Market Avenue North, Ste. 30
Canton, OH 44702
Telephone: 330.455.2222
Facsimile: 330.754.6133
Email: DLSK@Chapter13Canton.com

</div>

###

NOTICES TO:

- Cynthia A. Jeffrey on behalf of Creditor Credit Acceptance Corporation bankruptcy@weinerlaw.com
- Stephen D. Miles on behalf of Claimant Lendmark Financial Services, LLC sdm@mileslaw.com, ecfcourt@mileslaw.com;bmyers@mileslaw.com
- Dynele L Schinker-Kuharich DLSK@Chapter13Canton.com, dschinkerkuharich@ecf.epiqsystems.com

Daniel McCarthy
231 Claire Rd
Ontario, OH 44906

Christina McCarthy
231 Claire Rd
Ontario, OH 44906

ECF CREDITOR MATRIX