United States Bankruptcy Court
Northern District of Ohio

In re:
Daniel William McCarthy
Christina Nichole McCarthy
    Debtors

Case No. 23-60412-jpg
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0647-6      User: lbald      Page 1 of 2

Date Rcvd: Jan 05, 2024      Form ID: pdf729      Total Noticed: 3

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2024:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Christina Nichole McCarthy, 231 Clare Rd., Ontario, OH 44906-1363 |
| db | #+ | Daniel William McCarthy, 231 Clare Rd., Ontario, OH 44906-1363 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- |
| cl | Email/Text: ktramble@lendmarkfinancial.com | Jan 05 2024 20:47:00 | Lendmark Financial Services, LLC, 2118 Usher Street NW, Covington, Ga 30014 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | Credit Acceptance Corporation |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2024      Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2024 at the address(es) listed below:**

**Name**      **Email Address**

Cynthia A. Jeffrey

on behalf of Creditor Credit Acceptance Corporation bankruptcy@weinerlaw.com

Dynele L Schinker-Kuharich

DLSK@Chapter13Canton.com  dschinkerkuharich@ecf.epiqsystems.com

Jonathon Carl Elgin

on behalf of Debtor Daniel William McCarthy jc@jcelgin.com  9150504420@filings.docketbird.com

Jonathon Carl Elgin

on behalf of Debtor Christina Nichole McCarthy jc@jcelgin.com  9150504420@filings.docketbird.com

Stephen D. Miles

on behalf of Claimant Lendmark Financial Services  LLC sdm@mileslaw.com,
ecfcourt@mileslaw.com;bmyers@mileslaw.com;vlewis@mileslaw.com

TOTAL: 5

**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.**



_____
John P. Gustafson
United States Bankruptcy Judge

**Dated:  January 4 2024**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 23-60412-JPG |
| Daniel William McCarthy,<br>Christina Nichole McCarthy, | CHAPTER 13 PROCEEDING |
| Debtors. | JUDGE JOHN P. GUSTAFSON |

**ORDER GRANTING MOTION FOR OFFLINE DISTRIBUTION**

The matter now before the Court is Debtors Daniel William McCarthy and Christina Nichole McCarthy's motion to allowing a one-time offline distribution by the Trustee in the amount of **$ 1,719.14**. The Court previously granted a Motion to Modify Plan payments to $0.00 for the months of November 2023 and December 2023 due to Debtor hardship (ECF #53). November payments were remitted pursuant to Payroll Order on Debtor #2. Payments were made on November 8, 2023 in the amount of $859.57 and November 27, 2023 in the amount of $ 859.57.

The Court finds that the Motion is properly before the Court, no objections have been filed opposing the motion, and that cause exists for the distribution. It is, therefore, ORDERED that the Trustee make a one-time distribution to the Debtor 2 in the sum of $1,719.14.

Respectfully submitted,

/s/Jonathon C. Elgin
Jonathon C. Elgin (OH 0096390)
JC Elgin Co., LPA
6 Water St.
Shelby, OH 44875
567-275-1040
567-275-8001 Fax
JC@JCElgin.com
*Counsel for Debtors*

*Service List*

Electronic Mail Notice List:

- Office of the United States Trustee at [RegisteredEmailAddress]@usdoj.gov
- Dynele L. Schinker-Kuharich, Standing Ch. 13 Trustee at DLSK@Chapter13Canton.com via the court's Electronic Case Filing System
- Cynthia A. Jeffrey on behalf of Creditor Credit Acceptance Corporation bankruptcy@weinerlaw.com
- Stephen D. Miles on behalf of Claimant Lendmark Financial Services, LLC sdm@mileslaw.com, ecfcourt@mileslaw.com;bmyers@mileslaw.com

and by regular U.S. Mail, postage prepaid, upon:

Daniel William McCarthy
231 Clare Rd.
Ontario, OH 44906

Christina Nichole McCarthy
231 Clare Rd.
Ontario, OH 44906