# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **In Re:** | : | **Chapter 13 Proceeding** |
| **Daniel William McCarthy** | : | **Case No. 23-60412** |
| **Christina Nichole McCarthy,** | : | **Judge John Gustafson** |
| Debtor(s). | | |

## MOTION TO DISMISS CASE

Now comes Dynele L. Schinker-Kuharich, Standing Chapter 13 Trustee, and declares under penalty of perjury:

1. Debtor(s) filed a petition for relief under Chapter 13 on April 11, 2023.
2. The case is delinquent in the total amount of $6,296.70, as of March 29, 2024.
3. The last payment was received November 27, 2023.

Therefore, Trustee requests the above case be dismissed pursuant to Bankruptcy Code 1307 (c).

Respectfully submitted,

/s/ Dynele L. Schinker-Kuharich
Dynele L. Schinker-Kuharich (0069389)
Chapter 13 Trustee
A. Michelle Jackson Limas (0074750)
Staff Counsel to the Chapter 13 Trustee
200 Market Avenue North, Ste. 30
Canton, OH 44702
Telephone: 330.455.2222
Facsimile: 330.754.6133
Email: DLSK@Chapter13Canton.com

## NOTICE OF MOTION TO DISMISS CASE

Dynele L. Schinker-Kuharich, Standing Chapter 13 Trustee, has filed papers with the Court to have this bankruptcy case dismissed.

**Your rights may be affected.** **You should read these papers carefully to discuss them with your attorney, if you have one, in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to dismiss this bankruptcy case, or if you want the Court to consider your views on the Motion to Dismiss this case, then on or before April 19, 2024, you or your attorney must file with the Court an Objection to the Motion to Dismiss at:

>Clerk of Court
>United States Bankruptcy Court
>Ralph Regula Federal Building
>401 McKinley Ave S.W.
>Canton, OH  44702

If you mail your Objection to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above.

You must also send a copy to:
>Dynele L. Schinker-Kuharich
>Chapter 13 Trustee
>200 Market Avenue North, Suite 30
>Canton, Ohio 44702

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief.

March 29, 2024

>/s/ Dynele L. Schinker-Kuharich
>Dynele L. Schinker-Kuharich (0069389)
>Chapter 13 Trustee
>A. Michelle Jackson Limas (0074750)
>Staff Counsel to the Chapter 13 Trustee
>200 Market Avenue North, Ste. 30
>Canton, OH 44702
>Telephone: 330.455.2222
>Facsimile: 330.754.6133
>Email: DLSK@Chapter13Canton.com

# CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2024, a true and correct copy of the Motion to Dismiss and Notice thereof was served via the Court's Electronic Case Filing System upon these entities and individuals who are listed on the Court's Electronic Mail Notice List:

- Office of the United States Trustee at [RegisteredEmailAddress]@usdoj.gov
- Jonathon Carl Elgin , Counsel for Daniel William and Christina Nichole McCarthy, at jc@jcelgin.com

and via regular U.S. Mail, postage prepaid, upon:

Daniel William McCarthy, Debtor
231 Clare Rd.
Ontario, OH 44906

Christina Nichole McCarthy, Debtor
231 Clare Rd.
Ontario, OH 44906

/s/ Dynele L. Schinker-Kuharich
Dynele L. Schinker-Kuharich
Chapter 13 Trustee