**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.**



John P. Gustafson
United States Bankruptcy Judge

**Dated:  April 23 2024**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **In Re:** | : | **Chapter 13 Proceeding** |
| | : | |
| **Daniel William McCarthy,** | : | **Case No. 23-60412** |
| | : | |
| **Christina Nichole McCarthy,** | : | **Judge John Gustafson** |
| | : | |
| **Debtor(s).** | : | |

### AGREED ORDER RESOLVING MOTION TO DISMISS

This matter is before the Court upon Trustee's Motion to Dismiss Case and the Objection of Debtor(s) thereto. Trustee and Debtor(s) agree as follows:

Plan payments shall remain $1,862.40 per month.

Debtor(s) must pay the April 2024 payment of $1,862.40 and continue to make regular monthly payments on time. Regular payments are due by the 20th of each month.

Failure to make one (1) of these required payments will result in Trustee notifying Debtor(s) and their Counsel of the delinquency.  Upon such notification, Debtor(s) will have twenty-one (21) days to cure the delinquency and bring all Plan payments current. If Debtor(s) have not cured the delinquency and brought all Plan payments current within twenty-one (21)

days of the Notice of Delinquency, Trustee may submit to this Court an Order dismissing this case with an attached Affidavit citing the delinquency.

**IT IS SO ORDERED.**

**###**

**Submitted By:**

/s/ Dynele L. Schinker-Kuharich_____
Dynele L. Schinker-Kuharich (0069389)
Chapter 13 Trustee
A. Michelle Jackson Limas (0074750)
Staff Counsel to the Chapter 13 Trustee
200 Market Avenue North, Ste. 30
Canton, OH 44702
Telephone: 330.455.2222
Email: DLSK@Chapter13Canton.com

**Approved By:**

/s/ Jonathon Carl Elgin_____
Jonathon Carl Elgin  (0096390)
Counsel for Daniel William and Christina Nichole McCarthy
JC Elgin Co., LPA
6 Water St.
Shelby, OH 44875
Telephone: (567)275-1040
Email: jc@jcelgin.com

**NOTICES TO:**

Office of the United States Trustee, via the Court's Electronic Case Filing System at [RegisteredEmailAddress]@usdoj.gov

Office of the Chapter 13 Trustee, via the Court's Electronic Case Filing System at dlsk@Chapter13Canton.com

Jonathon Carl Elgin , Counsel for Daniel William and Christina Nichole McCarthy, via the Court's Electronic Case Filing System at jc@jcelgin.com

Daniel William McCarthy, Debtor, via regular mail at:
231 Clare Rd.
Ontario, OH 44906

Christina Nichole McCarthy, Debtor, via regular mail at:
231 Clare Rd.
Ontario, OH 44906