**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.**



_____
John P. Gustafson
United States Bankruptcy Judge

**Dated:  December 2 2024**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **In Re:** | : | **Chapter 13 Proceeding** |
| **Daniel William McCarthy** | : | **Case No. 23-60412** |
| **Christina Nichole McCarthy,** | : | **Judge John Gustafson** |
| **Debtor(s).** | | |

### ORDER RULING ON OBJECTION TO PROOF OF CLAIM

This matter is before the Court on the Objection to Proof of Claim ("Objection) filed by Dynele L. Schinker-Kuharich, Chapter 13 Trustee.

The Court finds that no timely response was filed, and that the Objection is well taken.

**IT IS THE ORDER OF THIS COURT** that the Objection is sustained and the Proof of Claim numbered 21 filed by First Federal Credit Control is disallowed in its entirety.

**IT IS SO ORDERED.**

*###*

Submitted by:

/s/ Dynele L. Schinker-Kuharich
Dynele L. Schinker-Kuharich (0069389)
Chapter 13 Trustee
200 Market Avenue North, Ste. 30
Canton, OH 44702
Telephone: 330.455.2222
Email: Info@Chapter13Canton.com

**List of parties to be served the above order:**

Office of the United States Trustee, via the Court's Electronic Case Filing System at
[RegisteredEmailAddress]@usdoj.gov

Office of the Chapter 13 Trustee, via the Court's Electronic Case Filing System at
dlsk@Chapter13Canton.com

Jonathon Carl Elgin, Counsel for Debtor(s), via the Court's Electronic Case Filing System at
jc@jcelgin.com

Daniel William McCarthy, Debtor, via regular mail at:
113 S. Lexington Springmill Rd.
Ontario, OH 44906

Christina Nichole McCarthy, Debtor, via regular mail at:
113 S. Lexington Springmill Rd.
Ontario, OH 44906

First Federal Credit Control, Creditor, via regular mail at:
25700 Science Park Dr., Ste. 370
Cleveland, OH 44122