**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.**



John P. Gustafson
United States Bankruptcy Judge

**Dated:  June 18 2026**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **In Re:** | : | **Chapter 13 Proceeding** |
| **Daniel William McCarthy** | : | **Case No. 23-60412** |
| **Christina Nichole McCarthy,** | : | **Judge John Gustafson** |
| **Debtor(s).** | | |

**Last 4 Social Security No.: ###-##-2096 (Joint-Debtor)**

### ORDER RELEASING EMPLOYER FROM MAKING FURTHER PAYMENTS

### (Case Completed)

The Court hereby ORDERS that the order previously entered, requiring the employer, One Source **Virtual HR, Inc.,** to deduct and pay over a portion of the wages or earnings of the Debtor to the Trustee, be and it is hereby vacated; and that said employer shall no longer be required to make such deductions and is hereby released from further liability with respect thereto.

**IT IS SO ORDERED.**

###

Submitted by:


/s/ Dynele L. Schinker-Kuharich

Dynele L. Schinker-Kuharich (0069389)
Chapter 13 Trustee
200 Market Avenue North, Ste. 30
Canton, OH 44702
Telephone: 330.455.2222
Email: Info@Chapter13Canton.com


**NOTICES TO:**

Office of the United States Trustee, via the Court's Electronic Case Filing System at
[RegisteredEmailAddress]@usdoj.gov

Office of the Chapter 13 Trustee, via the Court's Electronic Case Filing System at
dlsk@Chapter13Canton.com

Jonathon Carl Elgin, Counsel for Daniel William and Christina Nichole McCarthy, via the Court's
Electronic Case Filing System at jc@jcelgin.com

Christina Nichole McCarthy, Debtor, via regular mail at:
113 S. Lexington Springmill Rd.
Ontario, OH 44906

Daniel William McCarthy, Debtor, via regular mail at:
113 S. Lexington Springmill Rd.
Ontario, OH 44906

One Source Virtual HR, Inc., Employer, via regular mail at:
Attn: Payroll
9001 Cypress Waters Blvd.
Dallas, TX 75019